UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Conduit Technology, Inc.,

Plaintiff(s)

- v -

TETHER HOLDINGS S.A. DE C.V.,
TETHER INTERNATIONAL S.A. DE C.V.,
TETHER OPERATIONS S.A. DE C.V., AND
TETHER INVESTMENTS S.A. DE C.V.,

Defendant(s)

**RULE 7.1 STATEMENT**

1:26-cv-08773

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Plaintiff Conduit Technology, Inc.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Conduit Technology, Inc. is a privately held Delaware corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock. Conduit Technology, Inc. operates an affiliated corporate entity for international compliance and Money Services Business (MSB) operations: 12835304 Canada Inc. (d/b/a Conduit).

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Conduit Technology, Inc. is a corporation organized under the laws of the state of Delaware, with its headquarters in Newark, Delaware.

10/5/26

Date

/s/ Karan Singh Dhadialla

Signature of Attorney

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).