UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONDUIT TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>TETHER HOLDINGS S.A. DE C.V., TETHER INTERNATIONAL S.A. DE C.V., TETHER OPERATIONS S.A. DE C.V., AND TETHER INVESTMENTS S.A. DE C.V.,<br><br>Defendants. | ECF CASE<br><br>Civil Case No.: 1:26-cv-08773 (ER) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Conduit Technology, Inc. by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Tether Holdings S.A. DE C.V., Tether International S.A. DE C.V., Tether Operations S.A. DE C.V., and Tether Investments S.A. DE C.V.

Dated: November 24, 2026

Respectfully submitted,

**BAKER BOTTS L.L.P.**

*/s/ Karan S. Dhadialla*

Karan S. Dhadialla (*pro hac vice*)
Matthew J. Jacobs (*pro hac vice*)
Chinmayi Manjunath (*pro hac vice*)
101 California Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
karan.dhadialla@bakerbotts.com
matt.jacobs@bakerbotts.com
chinmayi.manjunath@bakerbotts.com

Nischay K. Bhan
30 Rockefeller Plaza
New York, NY 10112
Tele: (214) 953-6873
Fax: (214) 661-4873
nischay.bhan@bakerbotts.com

*Counsel for Plaintiff*
*CONDUIT TECHNOLOGY, INC.*